IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RICARDA BURRELL | CRIMINAL ACTION<br><br>NO. 22-294-KSM-1 |

## ORDER

**AND NOW**, this 27th day of February, 2025, upon consideration of Defendant's Motion for Request to Withdraw Guilty Plea (Doc. No. 74), the Government's Response in Opposition to Defendant's Motion to Withdraw Guilty Plea (Doc. No. 78), and the evidence presented at the hearing on the motion held February 25, 2025 (*see* Doc. No. 79), and as stated on the record during the February 25 hearing (*see id.*; Feb. 25, 2025 Rough Hr'g Tr. 50:2–5), it is hereby **ORDERED** that Defendant's Motion for Request to Withdraw Guilty Plea (Doc. No. 74) is **DENIED**.

**IT IS SO ORDERED.**

*/s/ Karen Spencer Marston*
_____
KAREN SPENCER MARSTON, J.